THE CITY OF NEW YORK, Appellant, v. CENTRAL UNION GAS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK, Appellant, v. NORTHERN UNION GAS COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE CITY OF NEW YORK, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

DAVIS EQUIPMENT COMPANY, INC., Respondent, v. S. S. JONES CONTRACTING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

JACOB COHEN and Others, Doing Business as Copartners, etc., Respondents, v. LUCIANO E. PILLA, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of THOMAS P. McKENNA, an Attorney.— Motion granted; reference ordered to Hon. John W. Goff. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.